Opinion by DOWDELL, J.

---

## Jones v. The State.

APPEAL from Montgomery City Court.
Tried before the Hon. A. D. SAYRE.

C. P. McINTYRE, for appellant.

CHARLES G. BROWN, Attorney-General, for the State.

The appellant was indicted, tried and convicted for murder in the second degree and sentenced to be hung. The judgment of conviction is affirmed.